# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: TROUTMAN, ROCKY | § Case No. 09-72872 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on July 09, 2009. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of       $_____86,216.72_

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 31,353.48 |
   | Payments to creditors | 15,344.20 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 15,000.00 |
   | Leaving a balance on hand of[1]   $ | 24,519.04 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 11/27/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,810.84. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,810.84, for a total compensation of $6,810.84. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $65.16, for total expenses of $65.16.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/11/2010          By:/s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-72872  
Case Name: TROUTMAN, ROCKY  
Period Ending: 02/11/10

Trustee: (330400)    JOSEPH D. OLSEN  
Filed (f) or Converted (c): 07/09/09 (f)  
§341(a) Meeting Date: 08/13/09  
Claims Bar Date: 11/27/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 661 Reese, Single Family Home | 230,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Fifth Third Bank checking account | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Fifth Third Bank checking | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Old Second savings account | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc household furniture & appliances: TV, washe | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Attorney Daniel Streckert Goldberg Weisman & Cai | 15,000.00 | 0.00 | | 86,214.80 | FA |
| 8 | 2005 Nissan Altima SL (65,000 miles) | 9,075.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2 Catapiliar Tractors One Repo | 100,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.92 | Unknown |
| 10 | Assets    Totals (Excluding unknown values) | $356,675.00 | $0.00 | | $86,216.72 | $0.00 |

**Major Activities Affecting Case Closing:**

Personal injury case. Court authorized compromise 11/16/09. Attorneys fees and costs, Debtor's exemptions and certain lien creditors to be paid. Objection to claims pending 1/25/10. Final report to be filed soon thereafter.

Initial Projected Date Of Final Report (TFR):    March 31, 2010        Current Projected Date Of Final Report (TFR):    March 31, 2010

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-72872 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | TROUTMAN, ROCKY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****70-65 - Money Market Account |
| Taxpayer ID #: | 54-6880070 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/11/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/18/09 | {7} | Illinois Farmers Insurance Co. | partial pymt on PI settlement | 1129-000 | 70,655.80 | | 70,655.80 |
| 12/29/09 | {7} | Illinois Farmers Insurance | partial pymt re: PI settlement | 1129-000 | 2,767.32 | | 73,423.12 |
| 12/29/09 | {7} | Illinois Farmers Insurance Co. | partial pymt re: PI settlement | 1129-000 | 3,893.00 | | 77,316.12 |
| 12/29/09 | {7} | Illinois Farmers Insurance Co. | pymt re: PI settlement | 1129-000 | 3,333.33 | | 80,649.45 |
| 12/29/09 | | To Account #********7066 | Pay PI Attys & Debtor's exemption | 9999-000 | | 46,353.48 | 34,295.97 |
| 12/31/09 | {7} | Illinois Farmers Insurance Company | Final pymt - PI case | 1129-000 | 5,350.55 | | 39,646.52 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 39,647.30 |
| 01/11/10 | | To Account #********7066 | Per Ct. Order 11/16-pay sub/med. liens | 9999-000 | | 15,344.20 | 24,303.10 |
| 01/19/10 | {7} | Goldberg, Weisman & Cairo, Ltd. | Error in PI Atty's expense rpt. | 1129-000 | 214.80 | | 24,517.90 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 24,519.04 |
| | | | ACCOUNT TOTALS | | 86,216.72 | 61,697.68 | $24,519.04 |
| | | | Less: Bank Transfers | | 0.00 | 61,697.68 | |
| | | | Subtotal | | 86,216.72 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $86,216.72 | $0.00 | |

{} Asset reference(s)

Printed: 02/11/2010 10:17 AM    V.11.54

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-72872 | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | TROUTMAN, ROCKY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****70-66 - Checking Account |
| Taxpayer ID #: | 54-6880070 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/11/10 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/29/09 | | From Account #********7065 | Pay PI Attys & Debtor's exemption | 9999-000 | 46,353.48 | | 46,353.48 |
| 12/29/09 | 101 | Goldberg, Weisman & Cairo, Ltd | Per Court Order of 11/16/09 - Pay PI fees/costs | 3210-600 | | 31,353.48 | 15,000.00 |
| 12/29/09 | 102 | Rocky Troutman | Per 11/16 Order - PI exemption | 8100-002 | | 15,000.00 | 0.00 |
| 01/11/10 | | From Account #********7065 | Per Ct. Order 11/16-pay sub/med. liens | 9999-000 | 15,344.20 | | 15,344.20 |
| 01/11/10 | 103 | American Medical Security | Per Court Order of 11/16 | 4220-000 | | 2,767.32 | 12,576.88 |
| 01/11/10 | 104 | Kemper Insurance Company | Per Court Order of 11/16/09 | 4210-000 | | 3,333.33 | 9,243.55 |
| 01/11/10 | 105 | West Physical Therapy | Per Court Order of 11/16/09 | 4220-000 | | 3,893.00 | 5,350.55 |
| 01/11/10 | 106 | Sugar Grove Chiropractic Health Center | Per Court Order of 11/16/09 | 4220-000 | | 5,350.55 | 0.00 |

|  | | |
|---|---|---|
| ACCOUNT TOTALS | 61,697.68 | 61,697.68 | $0.00 |
| Less: Bank Transfers | 61,697.68 | 0.00 | |
| Subtotal | 0.00 | 61,697.68 | |
| Less: Payments to Debtors | | 15,000.00 | |
| NET Receipts / Disbursements | $0.00 | $46,697.68 | |

| Net Receipts: | 86,216.72 |
|---|---|
| Less Payments to Debtor: | 15,000.00 |
| Net Estate: | $71,216.72 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****70-65 | 86,216.72 | 0.00 | 24,519.04 |
| Checking # ***-*****70-66 | 0.00 | 46,697.68 | 0.00 |
| | $86,216.72 | $46,697.68 | $24,519.04 |

{} Asset reference(s)   Printed: 02/11/2010 10:17 AM   V.11.54

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: November 27, 2009

Case Number: 09-72872  
Debtor Name: TROUTMAN, ROCKY  

Page: 1  

Date: February 11, 2010  
Time: 10:17:43 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $6,810.84 | $0.00 | 6,810.84 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $65.16 | $0.00 | 65.16 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $1,350.00 | $0.00 | 1,350.00 |
| 3S 100 | Catapillar Financial<br>c/o Statmen Harris and Eyrich LLC<br>200 W Madison St Ste 3820<br>Chicago, IL 60606 | Secured | No Distribution to be made per Court order of 1/25/10 | $0.00 | $0.00 | 0.00 |
| 4S 100 | Catapillar Financial<br>c/o Statmen Harris and Eyrich LLC<br>200 W Madison St Ste 3820<br>Chicago, IL 60606 | Secured | No distribution to be made per Court order 1/25/10 | $0.00 | $0.00 | 0.00 |
| 6 100 | Old Second National Bank<br>37 S. River St.<br>Aurora, IL 60506 | Secured | No distribution to be made per Court order 1/25/10 | $0.00 | $0.00 | 0.00 |
| 11 100 | Banco Popular North America<br>c/o Adler & Assoc.<br>25 E. Washington St. Ste. 500<br>Chicago, IL 60602 | Secured | No distribution to be made per Court order 1/25/10 | $0.00 | $0.00 | 0.00 |
| 1 610 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $6,882.07 | $0.00 | 6,882.07 |
| 2 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $5,912.58 | $0.00 | 5,912.58 |
| 3U 610 | Catapillar Financial<br>c/o Statmen Harris and Eyrich LLC<br>200 W Madison St Ste 3820<br>Chicago, IL 60606 | Unsecured | | $12,944.37 | $0.00 | 12,944.37 |
| 4U 610 | Catapillar Financial<br>c/o Statmen Harris and Eyrich LLC<br>200 W Madison St Ste 3820<br>Chicago, IL 60606 | Unsecured | | $21,355.59 | $0.00 | 21,355.59 |
| 5 610 | PYOD LLC its successors and assigns as assignee of<br>Citibank,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $13,481.12 | $0.00 | 13,481.12 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 27, 2009

**Case Number:** 09-72872  
**Debtor Name:** TROUTMAN, ROCKY

Page: 2

**Date:** February 11, 2010  
**Time:** 10:17:44 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7<br>610 | Us Dept Of Education<br>Direct Loan Servicing Center<br>Po Box 5609<br>Greenville, TX 75403 | Unsecured | | $4,072.52 | $0.00 | 4,072.52 |
| 8<br>610 | GE Money Bank dba DICK'S SPORTING GOODS/GEMB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $142.49 | $0.00 | 142.49 |
| 9<br>610 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $5,844.00 | $0.00 | 5,844.00 |
| 10<br>610 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o GM, POB 41067<br>NORFOLK, VA 23541 | Unsecured | | $6,476.61 | $0.00 | 6,476.61 |
| << Totals >> | | | | 85,337.35 | 0.00 | 85,337.35 |

Case 09-72872   Doc 40   Filed 02/19/10   Entered 02/19/10 13:10:44   Desc Main
              Document       Page 8 of 10

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-72872
Case Name: TROUTMAN, ROCKY
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 6,810.84 | $ 65.16 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 1,350.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,111.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 6,882.07 | $ 1,454.13 |
| 2 | Chase Bank USA, N.A. | $ 5,912.58 | $ 1,249.28 |
| 3U | Catapillar Financial | $ 12,944.37 | $ 2,735.05 |
| 4U | Catapillar Financial | $ 21,355.59 | $ 4,512.27 |
| 5 | PYOD LLC its successors and assigns as assignee of | $ 13,481.12 | $ 2,848.46 |
| 7 | Us Dept Of Education | $ 4,072.52 | $ 860.49 |
| 8 | GE Money Bank dba DICK'S SPORTING GOODS/GEMB | $ 142.49 | $ 30.11 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 5,844.00 | $ 1,234.79 |
| 10 | PRA Receivables Management, LLC | $ 6,476.61 | $ 1,368.46 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
                           N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
                           N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**