UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: TROUTMAN, ROCKY § Case No. 09-72872
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 3/22/2010 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 02/11/2010        By:  /s/JOSEPH D. OLSEN
                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: TROUTMAN, ROCKY § Case No. 09-72872
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 86,216.72 |
| and approved disbursements of | $ 61,697.68 |
| leaving a balance on hand of [1] | $ 24,519.04 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                   *Proposed Payment*

                              N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 6,810.84 | $ 65.16 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 1,350.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,111.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 6,882.07 | $ 1,454.13 |
| 2 | Chase Bank USA, N.A. | $ 5,912.58 | $ 1,249.28 |
| 3U | Catapillar Financial | $ 12,944.37 | $ 2,735.05 |
| 4U | Catapillar Financial | $ 21,355.59 | $ 4,512.27 |
| 5 | PYOD LLC its successors and assigns as assignee of | $ 13,481.12 | $ 2,848.46 |
| 7 | Us Dept Of Education | $ 4,072.52 | $ 860.49 |
| 8 | GE Money Bank dba DICK'S SPORTING GOODS/GEMB | $ 142.49 | $ 30.11 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 5,844.00 | $ 1,234.79 |
| 10 | PRA Receivables Management, LLC | $ 6,476.61 | $ 1,368.46 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*
                            N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*
                            N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/JOSEPH D. OLSEN
                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith                Page 1 of 2                Date Rcvd: Feb 22, 2010
Case: 09-72872                 Form ID: pdf006               Total Noticed: 32

The following entities were noticed by first class mail on Feb 24, 2010.
db           +Rocky Troutman,    661 Reese St,    Hinckley, IL 60520-9514
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +James A Young,    James A Young & Associates, Ltd.,    47 DuPage Court,    Elgin, IL 60120-6421
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
14145391     +Angelica Troutman,    661 Rees Street,    Hinckley, IL 60520-9514
14145394     +Banco Popular,    6 Broardway Ave,    Aurora, IL 60505-3312
14815111     +Banco Popular North America,    c/o Adler & Assoc.,    25 E. Washington St. Ste. 500,
               Chicago IL 60602-1703
14145395     +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
14145396     +Catapillar Financial,    c/o Statmen Harris and Eyrich LLC,    200 W Madison St Ste 3820,
               Chicago IL 60606-3465
14145397     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14440289      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14145399     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14145400     +Citizens Bank,    480 Jefferson Blvd,    Rje 135,    Warwick, RI 02886-1359
14145401     +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
14753793      FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK 73124-8809
14145403     +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
               Grand Rapids, MI 49546-6210
14726837     +GE Money Bank dba DICK'S SPORTING GOODS/GEMB,    Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14145405     +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
14145406      Hsbc Nv,    Hsbc Retail Services Attention: Bankru,    Po Box 15522,    Wilmington, DC 19850
14145407     +Hsbc/rs,    90 Christiana Rd,    New Castle, DE 19720-3118
14145408     +Old Second National Ba,    37 S River St,    Aurora, IL 60506-4172
14535595     +Old Second National Bank,    37 S. River St.,    Aurora, IL 60506-4172
14769348     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o GM,   POB 41067,
               NORFOLK VA 23541-1067
14474294     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14311787     +Ronald Troutman,    138 Monna St,    Sugar Grove IL 60554-5425
14266408     +Statman Harris & Eyrich LLC,    200 W Madison Suite 3820,    Chicago IL 60606-3465
14145409    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Us Bank/na Nd,     Attn: Bankruptcy Dept,    Po Box 5229,
               Cincinnati, OH 45201)
14145410     +Us Dept Of Education,    Direct Loan Servicing Center,    Po Box 5609,    Greenville, TX 75403-5609
14145411     +Wfnnb/valucityroomstod,    Po Box 182273,    Columbus, OH 43218-2273
The following entities were noticed by electronic transmission on Feb 22, 2010.
14398483      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 23 2010 01:18:06     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
14145402     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 23 2010 01:18:06     Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
14145404     +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2010 01:26:05      Gemb/dicks Sporting,
               Po Box 981439,    El Paso, TX 79998-1439
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
14145393*    +Angelica Troutman,    661 Rees St.,    Hinckley, IL 60520-9514
14145392*    +Angelica Troutman,    661 Rees Street,    Hinckley, IL 60520-9514
14145398*    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
                                                                                              TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: lorsmith            Page 2 of 2              Date Rcvd: Feb 22, 2010
Case: 09-72872                Form ID: pdf006           Total Noticed: 32

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2010**            **Signature:**      *Joseph Speetjens*