**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: TROUTMAN, ROCKY                           § Case No. 09-72872
                                                 §
                                                 §
Debtor(s)                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $341,675.00 | Assets Exempt: $32,600.00 |
| Total Distribution to Claimants: $31,639.17 | Claims Discharged Without Payment: $60,816.38 |
| Total Expenses of Administration: $39,579.48 | |

3) Total gross receipts of $ 86,218.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $71,218.65 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $95,898.48 | $15,344.20 | $15,344.20 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 39,579.48 | 39,579.48 | 39,579.48 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 77,111.35 | 77,111.35 | 16,294.97 |
| **TOTAL DISBURSEMENTS** | $0.00 | $212,589.31 | $132,035.03 | $71,218.65 |

4) This case was originally filed under Chapter 7 on July 09, 2009.
. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/22/2010          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Attorney Daniel Streckert Goldberg Weisman & Cai | 1129-000 | 86,214.80 |
| Interest Income | 1270-000 | 3.85 |
| **TOTAL GROSS RECEIPTS** | | **$86,218.65** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Rocky Troutman | Per 11/16 Order - PI exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Catapillar Financial | 4110-000 | N/A | 12,200.00 | 0.00 | 0.00 |
| Catapillar Financial | 4110-000 | N/A | 15,072.00 | 0.00 | 0.00 |
| Old Second National Bank | 4110-000 | N/A | 15,000.00 | 0.00 | 0.00 |
| Banco Popular North America | 4110-000 | N/A | 38,282.28 | 0.00 | 0.00 |
| American Medical Security | 4220-000 | N/A | 2,767.32 | 2,767.32 | 2,767.32 |
| Kemper Insurance Company | 4210-000 | N/A | 3,333.33 | 3,333.33 | 3,333.33 |
| West Physical Therapy | 4220-000 | N/A | 3,893.00 | 3,893.00 | 3,893.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Sugar Grove Chiropractic Health Center | 4220-000 | N/A | 5,350.55 | 5,350.55 | 5,350.55 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $95,898.48 | $15,344.20 | $15,344.20 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 6,810.84 | 6,810.84 | 6,810.84 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 65.16 | 65.16 | 65.16 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| Goldberg, Weisman & Cairo, Ltd | 3210-600 | N/A | 31,353.48 | 31,353.48 | 31,353.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 39,579.48 | 39,579.48 | 39,579.48 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK | 7100-000 | N/A | 6,882.07 | 6,882.07 | 1,454.30 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 5,912.58 | 5,912.58 | 1,249.43 |
| Catapillar Financial | 7100-000 | N/A | 12,944.37 | 12,944.37 | 2,735.37 |
| Catapillar Financial | 7100-000 | N/A | 21,355.59 | 21,355.59 | 4,512.81 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 13,481.12 | 13,481.12 | 2,848.80 |
| Us Dept Of Education | 7100-000 | N/A | 4,072.52 | 4,072.52 | 860.59 |
| GE Money Bank dba DICK'S SPORTING GOODS/GEMB | 7100-000 | N/A | 142.49 | 142.49 | 30.11 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 5,844.00 | 5,844.00 | 1,234.94 |
| PRA Receivables Management, LLC | 7100-000 | N/A | 6,476.61 | 6,476.61 | 1,368.62 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 77,111.35 | 77,111.35 | 16,294.97 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72872  
**Case Name:** TROUTMAN, ROCKY  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/09/09 (f)  
**§341(a) Meeting Date:** 08/13/09  

**Period Ending:** 06/22/10  
**Claims Bar Date:** 11/27/09  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Location: 661 Reese, Single Family Home | 230,000.00 | 0.00 | DA | 0.00 | FA |
| 2   Fifth Third Bank checking account | 300.00 | 0.00 | DA | 0.00 | FA |
| 3   Fifth Third Bank checking | 500.00 | 0.00 | DA | 0.00 | FA |
| 4   Old Second savings account | 200.00 | 0.00 | DA | 0.00 | FA |
| 5   Misc household furniture & appliances: TV, washe | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6   Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 7   Attorney Daniel Streckert Goldberg Weisman & Cai | 15,000.00 | 0.00 | | 86,214.80 | FA |
| 8   2005 Nissan Altima SL (65,000 miles) | 9,075.00 | 0.00 | DA | 0.00 | FA |
| 9   2 Catapiliar Tractors One Repo | 100,000.00 | 0.00 | DA | 0.00 | FA |
| Int   INTEREST  (u) | Unknown | N/A | | 3.85 | Unknown |
| **10   Assets   Totals** (Excluding unknown values) | **$356,675.00** | **$0.00** | | **$86,218.65** | **$0.00** |

**Major Activities Affecting Case Closing:**

Personal injury case.  Court authorized compromise 11/16/09.  Attorneys fees and costs, Debtor's exemptions and certain lien creditors to be paid.  Objection to claims pending 1/25/10.  Final report to be filed soon thereafter.

**Initial Projected Date Of Final Report (TFR):**    March 31, 2010           **Current Projected Date Of Final Report (TFR):**    March 31, 2010

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-72872  
**Case Name:** TROUTMAN, ROCKY  

**Taxpayer ID #:** **-***0070  
**Period Ending:** 06/22/10  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****70-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/18/09 | {7} | Illinois Farmers Insurance Co. | partial pymt on PI settlement | 1129-000 | 70,655.80 | | 70,655.80 |
| 12/29/09 | {7} | Illinois Farmers Insurance | partial pymt re: PI settlement | 1129-000 | 2,767.32 | | 73,423.12 |
| 12/29/09 | {7} | Illinois Farmers Insurance Co. | partial pymt re: PI settlement | 1129-000 | 3,893.00 | | 77,316.12 |
| 12/29/09 | {7} | Illinois Farmers Insurance Co. | pymt re: PI settlement | 1129-000 | 3,333.33 | | 80,649.45 |
| 12/29/09 | | To Account #********7066 | Pay PI Attys & Debtor's exemption | 9999-000 | | 46,353.48 | 34,295.97 |
| 12/31/09 | {7} | Illinois Farmers Insurance Company | Final pymt - PI case | 1129-000 | 5,350.55 | | 39,646.52 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 39,647.30 |
| 01/11/10 | | To Account #********7066 | Per Ct. Order 11/16-pay sub/med. liens | 9999-000 | | 15,344.20 | 24,303.10 |
| 01/19/10 | {7} | Goldberg, Weisman & Cairo, Ltd. | Error in PI Atty's expense rpt. | 1129-000 | 214.80 | | 24,517.90 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 24,519.04 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.93 | | 24,519.97 |
| 03/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.00 | | 24,520.97 |
| 03/29/10 | | To Account #********7066 | Transfer funds for Amd Dist. Rpt | 9999-000 | | 24,520.97 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 86,218.65 | 86,218.65 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 86,218.65 | |
| | | | **Subtotal** | | 86,218.65 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$86,218.65** | **$0.00** | |

{} Asset reference(s)

Printed: 06/22/2010 01:40 PM    V.12.08

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 09-72872  
**Case Name:** TROUTMAN, ROCKY  
**Taxpayer ID #:** **-***0070  
**Period Ending:** 06/22/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****70-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/29/09 | | From Account #********7065 | Pay PI Attys & Debtor's exemption | 9999-000 | 46,353.48 | | 46,353.48 |
| 12/29/09 | 101 | Goldberg, Weisman & Cairo, Ltd | Per Court Order of 11/16/09 - Pay PI fees/costs | 3210-600 | | 31,353.48 | 15,000.00 |
| 12/29/09 | 102 | Rocky Troutman | Per 11/16 Order - PI exemption | 8100-002 | | 15,000.00 | 0.00 |
| 01/11/10 | | From Account #********7065 | Per Ct. Order 11/16-pay sub/med. liens | 9999-000 | 15,344.20 | | 15,344.20 |
| 01/11/10 | 103 | American Medical Security | Per Court Order of 11/16 | 4220-000 | | 2,767.32 | 12,576.88 |
| 01/11/10 | 104 | Kemper Insurance Company | Per Court Order of 11/16/09 | 4210-000 | | 3,333.33 | 9,243.55 |
| 01/11/10 | 105 | West Physical Therapy | Per Court Order of 11/16/09 | 4220-000 | | 3,893.00 | 5,350.55 |
| 01/11/10 | 106 | Sugar Grove Chiropractic Health Center | Per Court Order of 11/16/09 | 4220-000 | | 5,350.55 | 0.00 |
| 03/29/10 | | From Account #********7065 | Transfer funds for Amd Dist. Rpt | 9999-000 | 24,520.97 | | 24,520.97 |
| 04/05/10 | 107 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,350.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,350.00 | 23,170.97 |
| 04/05/10 | 108 | JOSEPH D. OLSEN | Dividend paid 100.00% on $65.16, Trustee Expenses; Reference: | 2200-000 | | 65.16 | 23,105.81 |
| 04/05/10 | 109 | JOSEPH D. OLSEN | Dividend paid 100.00% on $6,810.84, Trustee Compensation; Reference: | 2100-000 | | 6,810.84 | 16,294.97 |
| 04/05/10 | 110 | DISCOVER BANK | Dividend paid 21.13% on $6,882.07; Claim# 1; Filed: $6,882.07; Reference: | 7100-000 | | 1,454.30 | 14,840.67 |
| 04/05/10 | 111 | Chase Bank USA, N.A. | Dividend paid 21.13% on $5,912.58; Claim# 2; Filed: $5,912.58; Reference: | 7100-000 | | 1,249.43 | 13,591.24 |
| 04/05/10 | 112 | Catapillar Financial | Dividend paid 21.13% on $12,944.37; Claim# 3U; Filed: $12,944.37; Reference: | 7100-000 | | 2,735.37 | 10,855.87 |
| 04/05/10 | 113 | Catapillar Financial | Dividend paid 21.13% on $21,355.59; Claim# 4U; Filed: $21,355.59; Reference: | 7100-000 | | 4,512.81 | 6,343.06 |
| 04/05/10 | 114 | PYOD LLC its successors and assigns as assignee of | Dividend paid 21.13% on $13,481.12; Claim# 5; Filed: $13,481.12; Reference: | 7100-000 | | 2,848.80 | 3,494.26 |
| 04/05/10 | 115 | Us Dept Of Education | Dividend paid 21.13% on $4,072.52; Claim# 7; Filed: $4,072.52; Reference: | 7100-000 | | 860.59 | 2,633.67 |
| 04/05/10 | 116 | GE Money Bank dba DICK'S SPORTING GOODS/GEMB | Dividend paid 21.13% on $142.49; Claim# 8; Filed: $142.49; Reference: | 7100-000 | | 30.11 | 2,603.56 |
| 04/05/10 | 117 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 21.13% on $5,844.00; Claim# 9; Filed: $5,844.00; Reference: | 7100-000 | | 1,234.94 | 1,368.62 |
| 04/05/10 | 118 | PRA Receivables Management, LLC | Dividend paid 21.13% on $6,476.61; Claim# 10; Filed: $6,476.61; Reference: | 7100-000 | | 1,368.62 | 0.00 |

Subtotals :   $86,218.65   $86,218.65

{} Asset reference(s)

Printed: 06/22/2010 01:40 PM   V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-72872 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** | TROUTMAN, ROCKY | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | \*\*\*-\*\*\*\*\*70-66 - Checking Account |
| **Taxpayer ID #:** | \*\*-\*\*\*0070 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 06/22/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 86,218.65 | 86,218.65 | $0.00 |
| | | | Less: Bank Transfers | | 86,218.65 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 86,218.65 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$71,218.65** | |

{} Asset reference(s)    Printed: 06/22/2010 01:40 PM    V.12.08

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-72872　　　　　　　　　　　　　　　　　**Trustee:** JOSEPH D. OLSEN (330400)
**Case Name:** TROUTMAN, ROCKY　　　　　　　　　　　　**Bank Name:** The Bank of New York Mellon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Account:** 9200-******70-66 - Checking Account
**Taxpayer ID #:** **-***0070　　　　　　　　　　　　　　　**Blanket Bond:** $1,500,000.00　(per case limit)
**Period Ending:** 06/22/10　　　　　　　　　　　　　　　　**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

```
Net Receipts :           86,218.65
Less Payments to Debtor :    15,000.00
                         _____
Net Estate :             $71,218.65
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****70-65** | 86,218.65 | 0.00 | 0.00 |
| **Checking # ***-*****70-66** | 0.00 | 71,218.65 | 0.00 |
| **Checking # 9200-******70-66** | 0.00 | 0.00 | 0.00 |
| | **$86,218.65** | **$71,218.65** | **$0.00** |